```
SEYFARTH SHAW LLP
Mark P. Grajski (SBN 178050)
mgrajski@seyfarth.com
Lindsay Fitch (SBN 238227)
lfitch@seyfarth.com
Jennifer M. Holly (SBN 263705)
jmholly@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone:   (916) 448-0159
Facsimile:    (916) 558-4839
```





Attorneys for Defendant
FOSTER POULTRY FARMS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

| | |
|---|---|
| JOANN LINAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FOSTER POULTRY FARMS, a California corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1:14-cv-01625-AWI-SMS<br><br>**STIPULATION AND ORDER REGARDING PLAINTIFF JOANN LINAN'S ALLEGED EMOTIONAL DISTRESS; [PROPOSED] ORDER**<br><br>Complaint Filed: July 28, 2014<br>Trial Date: None |

Joann Linan ("Plaintiff") and Foster Poultry Farms ("Defendant"), by and through their respective counsel, hereby agree and stipulate as follows:

1. Plaintiff represents and agrees that she is seeking only garden-variety (i.e., non-severe) emotional distress and will proffer no evidence or testimony of any kind relating to severe emotional distress or related bodily injury.

2. Plaintiff represents and agrees that she will proffer no evidence or testimony from any healthcare provider and/or from any expert relating to any emotional distress or related bodily injury in support of any motion and/or at trial.

3. Nothing herein shall prohibit Plaintiff from seeking to recover damages for any garden-variety and non-severe emotional distress typically associated with alleged discrimination, retaliation and wrongful termination, or from offering her own testimony at trial concerning such damages.

1

4.      In reliance upon Plaintiff's representations and agreements herein, Defendant agrees that it shall not request, nor move to compel, an independent mental examination of Plaintiff, absent a showing of exceptional circumstances pursuant to applicable law.

DATED: November 17, 2015

Respectfully submitted,

MAYALL HURLEY P.C.

By:   /s/ Robert J. Wasserman
      Robert J. Wasserman
      Salwa Haddad
      Attorneys for Plaintiff,
      JOANN LINAN

SEYFARTH SHAW LLP

DATED: November 2, 2015

By:   /s/ Jennifer M. Holly
      Mark P. Grajski
      Lindsay Fitch
      Jennifer M. Holly
      Attorneys for Defendant,
      FOSTER POULTRY FARMS

## ORDER

The Court, having considered the stipulation of the parties, hereby approves the stipulation in its entirety.

**IT IS SO ORDERED.**

DATED: **Nov. 25**, 2015

Judge: Hon. Sandra M. Snyder
United States Magistrate Judge

2

STIPULATION AND ORDER REGARDING PLAINTIFF JOANN LINAN'S ALLEGED EMOTIONAL DISTRESS;
[PROPOSED] ORDER

22131552v.122131552v.1