UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN LINAN,<br><br>            Plaintiff,<br><br>    v.<br><br>FOSTER POULTRY FARMS, a California corporation, and DOES 1 through 100, inclusive<br><br>            Defendants. | No. 1:14-CV-01625-AWI-SMS<br><br>ORDER DISMISSING ACTION AND CLOSING CASE<br><br>(Doc. No. 17) |

On December 16, 2015, the parties filed a joint stipulation to dismiss the action with prejudice, with each party to bear its own costs and attorneys' fees, and with all parties waiving rights of appeal and/or requests for fees or costs.  (Doc. No. 17.)  In light of the parties' stipulation, this case has terminated, *see* Fed. R. Civ. P. 41(a)(1); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and it is hereby DISMISSED with prejudice and without an award of attorneys' fees and costs to either party.  The court directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:   **December 17, 2015**

　　　　　　　　　　　　　　　　　　　　　　*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

1